# United States District Court
## Violation Notice
(Rev. 1/2022)

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| MY11 | E 2137651 | Zweck | 323 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 05/02/2025  0710 | MTA 21-801.1 |

**Place of Offense:** Sultan Drive Fort Detrick MD

**Offense Description: Factual Basis for Charge** HAZMAT ☐

MTA 21-801.1 Exceed max speed 31mph in a 15mph zone

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Callan | Denise | H |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 5AB5481 | MD | 13 | Honda CRV | | Gray |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 80 Forfeiture Amount
+ $30 Processing Fee
$ 110 Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1520 Freedman Drive Fort Detrick MD 21702
Date: TB
Time: TB

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E2137651*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **May 2 2025** 20 **25** while exercising my duties as a law enforcement officer in the **Fort Detrick** District of **Maryland**

On 20250502 AT 0710 HRS I observed a Gray Honda Bearing MD Reg 5AB8481 Traveling EB on Sultan at a High Rate of Speed. My visual observation was confirmed by RADAR with an Audio/Digital Display of 31mph in a clearly Posted 15mph Zone. I Activated my Emergency Equipment and Conducted a traffic stop. I identified the operator Callan by their driver's license.

The foregoing statement is based upon:
✗ my personal observation    ✗ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **05/02/2025** [signature]
Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident